**IN THE UNITED STATES BANKRUPTCY COURT FOR
THE NORTHERN DISTRICT OF MISSISSIPPI**

| | |
|---|---|
| **IN THE MATTER OF:**<br>**CEDRIC COLE**<br><br>2235 RABBIT RIDGE ROAD<br>BYHALIA, MS 38611 | **CHAPTER 13 NO:**<br><br>**16-11293-JDW** |

---

### NOTICE TO DEBTOR

---

     NOTICE is hereby given that your plan payment will change from **$1,203.00** **( MONTHLY )** to **$1,254.00  ( MONTHLY )**  effective in **08/2018.**  Your plan payment is being remitted **by your employer / <u>direct</u> / by automatic bank draft.**

    The reason for the changes in your plan payment is:

    _____  Due to a change in your monthly mortgage payment;

    _____  Due to claim being filed for a different amount than scheduled;

    \_\_XX\_\_ Due to entry of an Agreed Order dated 7/20/2018;

    _____  Other: _____

    If your **employer is withholding the plan payment from your wages,** you are responsible for remitting the difference, if any, should your employer fail to withhold the new payment.

    If you are paying by **automatic bank draft,** please be sure there are sufficient funds in your account to satisfy the new payment.

    If you are paying **direct,**   please be aware that the Trustee  **DOES NOT**  accept personal checks. You can remit payments online through **https://tfsbillpay.com**  or mail guaranteed funds, in the form of a **cashier's check or money order**  with your **case number and last name** in the description line, to

        Locke D. Barkley
        P.O. BOX 1859
        MEMPHIS, TN 38101-1859

Should you have any questions concerning this, please contact your attorney.

Date:  7/25/2018

| | |
|---|---|
| CC:  SCHNELLER AND LOMENICK, P.A.<br>       P.O. BOX 417<br>       HOLLY SPRINGS, MS 38635 | Respectfully submitted,<br>LOCKE D. BARKLEY<br><br>/s/ Locke D Barkley<br>_____<br>CHAPTER 13 TRUSTEE |

**CERTIFICATE OF SERVICE**

    I do hererby certify that I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and I hereby certify that I either mailed by United States Postal Service, first class, postage prepaid, or electronically notified through the CM/ECF system, a copy of the above and foregoing to the Debtor, attorney for the Debtor, the United States Trustee, and other parties in interest, if any, as identified below.

Date:  7/25/2018

/s/ Locke D Barkley
LOCKE D. BARKLEY
CHAPTER 13 TRUSTEE